IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HECTOR MADRIGAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv559-MHT |
| | ) | (WO) |
| WALTER WOODS, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION**

Pursuant to 28 U.S.C. § 2241, the petitioner, a federal prisoner, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the respondent's motion to dismiss be granted and this case be dismissed for lack of jurisdiction. Also before the court are the petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of November, 2018.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**