IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HECTOR MADRIGAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv559-MHT |
| | ) | (WO) |
| WALTER WOODS, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(3) The motion to dismiss (doc. no. 14) is granted, and the 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. no. 1) is dismissed, for lack of jurisdiction.

It is further ORDERED that costs are taxed against the petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of November, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**